UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Greg Schillinger


            v.                          Civil No. 07-cv-309-PB


State of New Hampshire, et al



O R D E R


    After due consideration of the objection filed, I herewith approve the Report

and Recommendation of Magistrate Judge Muirhead dated September 28, 2007.

    SO ORDERED.



October 15, 2007                          /s/ Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge



cc:    Greg Schillinger, pro se